Louis A. Davis, William C. Davis and Charles J. Davis, partners under the firm name of L. A. Davis & Brothers, Plaintiffs in Error vs. Louis Adler, as assignee of Eppinger & Russell, Defendant in Error.

Writ of Error to Circuit Court Baker county.

*F. P. Fleming*, for Plaintiffs in Error.

*Bisbee & Rinehart*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.